Jeffrey L. **WRIGHT**, Plaintiff—
Appellant,

v.

State of **NORTH CAROLINA; Rick Jackson**, Defendants—
Appellees.

No. 06–6439.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2006.

Decided: June 1, 2006.

Jeffrey L. Wright, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey L. Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wright v. North Carolina*, No. 3:06–cv–00082, 2006 WL 517660 (W.D.N.C. Mar. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*